EDWIN C. DUSENBURY, Respondent, v. JOHN C. HUME, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

ARTHUR F. ENGEL, Appellant, v. ANSCO PHOTOPRODUCTS, INC., Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

BECKIE FISHER, Respondent, v. JOSEPH LEVINE, Appellant, and FANNIE GOSSETT, Defendant. JOSEPH LEVINE, Appellant, v. BECKIE FISHER and LILLIAN WEINER, Respondents, and SELIG J. WEINER and Others, Defendants.— Motion to dismiss consolidated appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

EDWARD M. GAY, Respondent, v. FREDERICK J. LANCASTER, Appellant.— Motion to amend printed record granted on consent. Motion for reargument denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

SOL GREENFARB, Appellant, v. R. S. K. REALTY CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

ANNA S. HAEFELI, as Administratrix, etc., of EDWARD HAEFELI, Deceased, Respondent, v. WOODRICH ENGINEERING CO., INC., and PHILIP H. DEIN, Appellants.— Motion to resettle order granted and order resettled by striking therefrom the words " and the facts." Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

ANNIE HUSSEY, Appellant, v. ANNA M. NEGREEN, Individually and as Executrix, etc., of JOSEPH F. NEGREEN, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

In the Matter of Acquiring Title of THE CITY OF NEW YORK to Certain Lands and Premises Located in the Borough of Richmond, City of New York, Required in Connection with the Construction of the Freight and Passenger Tunnel between the Boroughs of Brooklyn and Richmond in the City of New York, Duly Selected According to Law.— Motion granted and order resettled by inserting in the last line thereof after the words " Damage Parcel No. 409," the words " together with all accrued interest thereon." Submit order, to be approved by corporation counsel as to form. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.